# Court of Appeals
# of the State of Georgia

ATLANTA, __March 20, 2024__

*The Court of Appeals hereby passes the following order:*

## A24A1158. AARON TARRIE ASHLEY v. THE STATE.

Aaron Tarrie Ashley was convicted of malice murder and other crimes, and he was sentenced to life without parole plus additional time in confinement. Ashley later filed a pro se motion in arrest of judgment, which the trial court denied. He then filed a notice of appeal, and the trial court transmitted the record to this Court.[1] We lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (b), (c), and (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265)

---

[1] In his notice, Ashley indicated his desire to appeal the trial court's denial of his motion, but did not specify the appellate court to which his appeal should be directed. The record also contains two earlier pro se notices of appeal. In one, Ashley seeks to appeal the jury verdict to "the United States Court of Appeals for the Coweta Judicial Circuit." In the other, Ashley states that he wants to appeal his conviction and sentence to an unspecified appellate court.

(2019). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/20/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*